UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN SINCLAIR, *et al.*,

    Plaintiffs,

vs.

SECRETARY, DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT, *et al.*,

    Defendants.

Case No. 1:11-cv-010
Case No. 1:11-cv-079

Judge Timothy S. Black

### ORDER SETTING SETTLEMENT CONFERENCE

This case is hereby set for settlement conference on **October 10, 2012 at 10:00 a.m.**, at the Potter Stewart U.S. Courthouse, 100 East Fifth Street, Room 815, Cincinnati, Ohio. Judge Black will serve as the facilitator of the settlement conference.

Not later than October 5, 2012 at 5:00 p.m., each party shall submit to the Judge only, and without formal filing with the Clerk, a confidential letter of three pages or less regarding potential settlement, including a statement of the strengths and weaknesses of the case, an assessment of liability and damages, a summary of prior settlement negotiations, if any, and a proposal as to how to settle this case now. These letters will be maintained by the Court separate and apart from the case file, and should be delivered by email (black_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference unless otherwise ordered, the chief executives of the corporate parties and all individual parties with complete authority to negotiate a settlement of the case shall be present.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

Date: 8/31/12

_Timothy S. Black_
Timothy S. Black
United States District Judge