UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP | : | Case No. 1:11CV79 |
| | : | |
| | | Judge Timothy S. Black |
| Plaintiff, | : | |
| v. | : | **AGREED JUDGMENT ENTRY** |
| T J EVANS, et al. | : | |
| Defendants. | : | |

_____

Pursuant to the Motion of Plaintiff, and with the agreement of Defendants, the parties agree and the Court hereby orders that the case shall be REMANDED to the Highland County Court of Common Pleas and that the portion of the Court's November 4, 2011 Opinion and Order ruling on the state law claims of Defendants T.J. Evans and Tabatha Oliver is VACATED. SO ORDERED AND APPROVED:

 12/13/2012                                         _____
Date                                                Hon. Judge Timothy S. Black
                                                    United States District Judge

Approved:

/s/ Jessica E. Salisbury (by phone authorization)
Scott A. King (0037582)
Jessica E. Salisbury (#0085038)
THOMPSON HINE LLP
Austin Landing I
10050 Innovation Drive
Suite 400
Dayton, Ohio  45342
Telephone:  937.443.6560
Facsimile:  937.443.6635
Scott.King@ThompsonHine.com
Jessica.Salisbury@ThompsonHine.com

*Attorneys for Plaintiff*


/s/ Steven R. Sharpe
John E. Schrider, Jr. (#0014967)
Steven R. Sharpe (#0083408)
Legal Aid Society of Southwest Ohio, LLC
10 Journal Square, 3rd Floor
Hamilton, OH 45011
Direct:     513.362.2788
Main:      513.241.9400
Facsimile: 513.894.7669
jschrider@lascinti.org
StevenSharpe@lascinti.org

*Attorneys for Defendants T.J. Evans and Tabatha Oliver*